**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Zeid A Elaly</u>
Case No. <u>21-03053</u> Chapter <u>7</u>

All Cases: Moving Creditor <u>U.S. Bank National Association</u>    Date Case Filed <u>March 9, 2021</u>

Nature of Relief Sought ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7:    ☐ No-Asset Report filed on _____
☒ No-Asset Report not filed. Date of Creditor's Meeting: <u>04/09/21</u>

1. Collateral
   a. ☐ Home
   b. ☒ Car <u>2015 Land Rover Range Rover, VIN#SALGS2TF0FA236048</u>
   c. ☐ Other (describe)
2. Balance Owed as of March 23, 2021: $<u>61,338.95</u>
   Total of all other Liens against Collateral: $<u>0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) <u>$39,225.00, clean retail value based upon the NADA Used Cars/Trucks guide dated March 23, 2021</u>.

5. Default
   a. ☒ Pre-Petition Default
      Number of months <u>19</u>            Amount $<u>20,860.19</u>

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____        Amount $_____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____        Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

      i.   ☐      No insurance
      ii.  ☐ Taxes unpaid        Amount $_____
      iii. ☒ Rapidly depreciating asset
      iv.  ☐ Other _____

   b. ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

   c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral

1

i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: April 7, 2021

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)